UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-0150JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| | ) | |
| ARNOLDO LUGO-FUENTES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the undersigned on the motion to file Defendant's Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and Exhibits be filed under seal.

DATED this 25th day of September, 2018.

JAMES L. ROBART
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Arnoldo Lugo-Fuentes

ORDER TO SEAL DOCUMENT- 1
*USA v. Lugo-Fuentes* / CR18-150-JLR